No. 02–5972. WOODRUFF v. ROE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–5977. POLLOCK v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02–5980. DAHLER v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 02–5982. CHUANSHAN ZHAO v. CITY UNIVERSITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 02–5989. GRAJEDA v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–5992. BROWNER v. MCGRATH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–5993. BIRCH v. CARTER ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–5995. RE v. SNYDER, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–5996. WINKER v. MCDONNELL DOUGLAS CORP. C. A. 8th Cir. Certiorari denied.

No. 02–5997. HILL v. MAYNARD, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS. Ct. Common Pleas of Georgetown County, S. C. Certiorari denied.

No. 02–6007. WALKER v. JONES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–6009. COOPER v. ZELGOWSKI ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–6012. JOHNSON v. PENNSYLVANIA BOARD OF PROBATION AND PAROLE. C. A. 3d Cir. Certiorari denied.

No. 02–6014. PEPPER v. DARNELL, SECRETARY OF STATE OF TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–6063. DAVIS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.